# Order

Michigan Supreme Court
Lansing, Michigan

December 26, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145950

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                           SC: 145950
                                                            COA: 310540
                                                            Cass CC: 09-010257-FH
MATTHEW LEE MORNINGSTAR,
        Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the August 16, 2012 order of the Court of Appeals is considered. We DIRECT the Cass County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

       The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012

_____                _____
                                                            Clerk

s1217